BROWN v. MENU FOODS, INC. et al                                                                           Doc. 2
United States District Court, District of Rhode Island - CM/ECF V2.5 - Docket Report    Page 1 of 3
Case 1:07-cv-00425-NLH-AMD   Document 2   Filed 07/24/2007   Page 1 of 3

CLOSED

## U.S. District Court
## District of Rhode Island (Providence)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00115-ML-LDA

| | |
|---|---|
| Brown v. Menu Foods, Inc. et al | Date Filed: 03/27/2007 |
| Assigned to: Judge Mary M Lisi | Jury Demand: None |
| Referred to: Magistrate Judge Lincoln D. Almond | Nature of Suit: 385 Prop. Damage Prod. Liability |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Carol Brown**
*individually, ad on behalf of all others similarly situated*

represented by **Peter N. Wasylyk**
Peter N. Wasylyk - Attorney at Law
1307 Chalkstone Avenue
Providence, RI 02908
831-7730
Fax: 861-6064
Email: pnwlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods, Inc**

represented by **Thomas C. Angelone**
Hodosh, Spinella & Angelone PC
One Turks Head Place
Suite 1050
Providence, RI 02903
401-274-0200
Fax: 401-274-7538
Email: angelonelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods Income Fund**

represented by **Thomas C. Angelone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods Midwest Corporation**

represented by **Thomas C. Angelone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods South Dakota, Inc**

represented by **Thomas C. Angelone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Dockets.Justia.com

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2007 | 1 | CLASS ACTION COMPLAINT against all defendants ( Filing Fee $ 350.00; Receipt Number 65616), filed by Carol Brown. (Attachments: # 1 Civil Cover Sheet)(Duhamel, John) Modified on 4/16/2007 to note that Page 10 of the instant complaint states a Jury Demand. The Civil Cover Sheet, however, does not. (Duhamel, John). (Entered: 03/28/2007) |
| 04/19/2007 | 2 | NOTICE of Appearance by Thomas C. Angelone on behalf of all defendants (Angelone, Thomas) (Entered: 04/19/2007) |
| 04/19/2007 | 3 | MOTION to Stay re 1 Complaint, with supporting memo by all defendants. Responses due by 5/7/2007 (Attachments: # 1 Exhibit Sexton Motion for Transfer and Coordination or Consolidation# 2 Exhibit Troiano Motion to Transfer and Coordination or Consolidate# 3 Exhibit Whaley Motion for Transfer and Coordination# 4 Exhibit Hearing Order)(Angelone, Thomas) Modified on 4/19/2007 to note that the corrected version of the instant supporting memorandum is Document 4. (Duhamel, John). (Entered: 04/19/2007) |
| 04/19/2007 | 4 | AMENDED DOCUMENT by Menu Foods, Inc, Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc. Amendment to 3 MOTION to Stay re 1 Complaint, *corrected memorandum*. (Angelone, Thomas) (Entered: 04/19/2007) |
| 05/09/2007 | 5 | ORDER granting 3 Motion to Stay - So Ordered by Chief Judge Mary M Lisi on 5/9/07. (Barletta, Barbara) (Entered: 05/09/2007) |
| 05/25/2007 | | Summons Issued as to Menu Foods Midwest Corporation. (Noel, Jeannine) (Entered: 05/25/2007) |
| 05/25/2007 | | Summons Issued as to Menu Foods, Inc. (Noel, Jeannine) (Entered: 05/25/2007) |
| 05/25/2007 | | Summons Issued as to Menu Foods South Dakota, Inc. (Noel, Jeannine) (Entered: 05/25/2007) |
| 05/25/2007 | | Summons Issued as to Menu Foods Income Fund. (Noel, Jeannine) (Entered: 05/25/2007) |
| 07/12/2007 | 6 | NOTICE by Menu Foods, Inc, Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc *Filing of Conditional Transfer Order* (Attachments: # 1 Exhibit Transfer Order)(Angelone, Thomas) (Entered: 07/12/2007) |
| 07/12/2007 | 7 | SUMMONS Returned Executed by Carol Brown. Menu Foods, Inc served on 5/29/2007, answer due 6/18/2007. (Wasylyk, Peter) (Entered: 07/12/2007) |
| 07/12/2007 | 8 | SUMMONS Returned Executed by Carol Brown. Menu Foods South Dakota, Inc served on 5/29/2007, answer due 6/18/2007. (Wasylyk, Peter) (Entered: 07/12/2007) |
| 07/12/2007 | 9 | SUMMONS Returned Executed by Carol Brown. Menu Foods Income Fund served on 5/29/2007, answer due 6/18/2007. (Wasylyk, Peter) (Entered: 07/12/2007) |
| 07/12/2007 | 10 | SUMMONS Returned Executed by Carol Brown. Menu Foods Midwest Corporation served on 5/29/2007, answer due 6/18/2007. (Wasylyk, Peter) (Entered: 07/12/2007) |
| 07/24/2007 | 11 | CONDITIONAL TRANSFER ORDER transferring case to the District of New Jersey pursuant to the Rules of the Judicial Panel on Multidistrict Litigation (Barletta, Barbara) (Entered: 07/24/2007) |

| PACER Service Center |
|---|
| Transaction Receipt |

| 07/24/2007 15:53:34 | | | |
|---|---|---|---|
| PACER Login: | us4214 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-00115-ML-LDA |
| Billable Pages: | 2 | Cost: | 0.16 |